

# The Attorney General of Texas

March 7, 1979

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce. Suite 200
Dallas. TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso. TX. 79905
915/533-3484

723 Main, Suite 610
Houston. TX. 77002
713/228-0701

806 Broadway. Suite 312
Lubbock. TX. 79401
806/747-5238

4313 N. Tenth. Suite F
McAllen. TX. 78501
512/682-4547

200 Main Plaza. Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Eugene T. Jenson
Chambers County Attorney
P. O. Box 10
Anahuac, Texas 77514

Opinion No. MW-3

Re: Whether members of a Board of Navigation and Canal Commissioners are elected or appointed.

Dear Mr. Jenson:

You have requested our opinion regarding the proper method of selection of members of the Board of Navigation and Canal Commissioners of the Chambers-Liberty Counties Navigation District.

You state that the district was created in 1944 and until 1974 operated as a navigation district authorized by article 16, section 59 of the Texas Constitution. Commissioners were appointed. On December 6, 1974, the board voted to convert the district into a self-liquidating district operating under the provisions of Chapter 63 of the Texas Water Code, section 63.039.

Pursuant to the statutory procedure, the board designated those sections of Chapter 63 under which the district proposed to operate, among them section 63.089. That section provides, in pertinent part:

> (a) An election shall be held in the district on the first Tuesday after the first Monday in November of each even numbered year to elect the three commissioners. However, the commissioners may, by adopting an order duly entered on the minutes, determine to hold the election on the first Tuesday after the first Monday in October of each even numbered year to elect the commissioners authorized by law.

Thus, since the Chambers-Liberty Counties Navigation District is now a self-liquidating navigation district operating under Chapter 63 of the Water Code, and hence subject to the provisions of section 63.089 thereof. members of its Board of Navigation and Canal Commissioners should be elected rather than appointed.

## SUMMARY

Members of the Board of Navigation and Canal Commissioners of the Chambers-Liberty Counties Navigation District should be elected in accordance with the provisions of section 63.089 of the Texas Water Code.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by Rick Gilpin
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Rick Gilpin
Robert Lewis
William G Reid
Bruce Youngblood